UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA



TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

Robert Joseph Blake.

_(Enter above the full name of the plaintiff_  _(Inmate Reg. # of each Plaintiff)_
_or plaintiffs in this action)._

**VERSUS**          CIVIL ACTION NO. 2:10 - 1089
                      _(Number to be assigned by Court)_

Rev. William Allen ET AL
Rev Melinda Lynn Brown
Lisa R. Frye.
CPF Outreach Ministry

_(Enter above the full name of the defendant_
_or defendants in this action)_

## COMPLAINT

I. **Previous Lawsuits**

  A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

   Yes ✓    No ___

1

B.  If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit:

    Plaintiffs: Robert Joseph Blake

    Defendants: C.O. David Miller Tim Carroll Counselor Sgt price Maze. Nurse Pam. Nurse Jane Doe.

2. Court (if federal court, name the district; if state court, name the county);

    Charleston, West Virginia.

3. Docket Number: 2:10-00031.

4. Name of judge to whom case was assigned:

    Thomas E Johnston.

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

    Case still Pending.

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. **Place of Present Confinement:** MounTolive Correctional Complex (MOCC)

    A. Is there a prisoner grievance procedure in this institution?

        Yes ✓      No ___

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes ✓      No ___

    C. If you answer is YES:

        1. What steps did you take? Unit Manager, Warden, Administrator, and Commissioner/Designee.

        2. What was the result? ___

    D. If your answer is NO, explain why not: N/A

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff: Robert Joseph Blake.
       Address: 1 Mountainside Way Mount olive WVa 25185-1000.

    B. Additional Plaintiff(s) and Address(es): ___

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: Lisa R. Frye

   is employed as: Office Assistant.

   at Mo.C.C, 1 Mountainside way, Mount Olive WV 25185.

D. Additional defendants: _____

IV. **Statement of Claim**

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On March 9th 2010 Rev. William Allen; (C.P7 outReach Minister) and Rev Melinda Lyn Brown; (Fiduciary Trustee Treasure, and Vice President) knowingly and willingly filed an false documentati that was complletted by us Lisa R Frye. office assistant at C.M.O.C.C office (seal Notary Public) To an false.

documentation to cease I MR. R. Blake ownership to my real estate as to overturn

IV. **Statement of Claim (continued):**

My MR. Blake's ownership to Rev William Allen, Rev Melinda Lynn Brown. Which at time did I MR. R. Blake urtheized this transaction with which to ownership of I MR. R. Blake's Real estate in the Wetzel county of West Virginia. Which this is in violation to MR. R. Blake's ownership right's and as follows to a prisoner of eigth and fourteenth amendment to the WV. constitutions as a prisoner.

V. **Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

#1 ownership to be returarned.
#2 To Prosee in this 42. USC. 1983
#3. To Recieve an amount of lump, sum for the violation's that has tooken place on this matter which, within my prison confinement.

V.  Relief (continued)):

_____
_____
_____
_____
_____
_____

VII. Counsel

    A.  If someone other than a lawyer is assisting you in preparing this case, state the person's name:

        Prisoner Litigationer.

    B.  Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

        Yes ✓    No ____

If so, state the name(s) and address(es) of each lawyer contacted:

Ashley Pack - 300 Capitol Street 12th floor PO Box 11780 Charleston WV 25339.

If not, state your reasons: N/A.

_____

    C.  Have you previously had a lawyer representing you in a civil action in this court?

        Yes ✓    No ____

If so, state the lawyer's name and address:

Ashley Pack - 300 Capitol Street 12th, floor PO Box, 11780 Charleston WV 25339.

Signed this 2 day of September, 20 10.

Robert Joseph Bluke I.

_____
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Sep-2-2010
(Date)

Robert Joseph Bluke
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

7